UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| OHIO VALLEY ALUMINUM COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL NO. 4:06-cv-00009-SEB-WGH |
| DAYMONEX LIMITED and TAMESIS HOLDING, INC., | ) ) ) | |
| Defendants. | ) | |

ORDER REOPENING CASE

This matter is before the Court on Plaintiff's Motion to Reactivate. The Court, being duly advised, hereby directs the Clerk of the Court to reopen this case to allow the parties to file their Stipulation of Dismissal. The parties are instructed to file Stipulation of Dismissal within 30 days from the date of this Order.

SO ORDERED

Date: 09/15/2008

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Tendered by:

John W. Woodard, Jr. (15880-49)
WYATT, TARRANT & COMBS, LLP
jwoodard@wyattfirm.com
Attorney for Plaintiff

Distribution to:

>John W. Woodard, Jr.
>WYATT, TARRANT & COMBS, LLP
>jwoodard@wyattfirm.com

>Colin J. Reilly
>JONES OBENCHAIN, LLP
>cjr@jonesobenchain.com